

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Suenan Gober, Appellant

No. 06-18-00031-CV      v.

Bulkley Properties, LLC, Appellee

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV43648). Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

     As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

     We further order that the appellant, Suenan Gober, pay all costs of this appeal.

RENDERED JANUARY 25, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk